■ In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, and BARBARA FLOURNOY, Intervenor, v CHARLENA DAVIS, as Acting Chairperson of 196 Albany Avenue Day Care Center, Respondent.—Proceeding pursuant to section 298 of the Executive Law to enforce an order of the New York State Division of Human Rights, dated April 7, 1977, which, after a hearing, *inter alia,* found respondent guilty of discriminatory acts against complainant and ordered that petitioner-intervenor (claimant) be paid back pay from February 1, 1975 to August 9, 1976, plus 6% interest from November 1, 1975. Petition for enforcement granted, without costs or disbursements; respondent is directed to pay the complainant the sum of $15,380.73, plus 6% interest thereon from November 1, 1975. The record amply supports the

division's determination finding discriminatory acts. Mollen, P. J., Suozzi, Shapiro and Hawkins, JJ., concur.